# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Tiffany TURNER** | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | |
| | : | NO. 2:24-cv-04294 |
| **Philadelphia FIGHT** | : | |

## ORDER

AND NOW, this 28th day of July, 2025, upon consideration of Defendant's Motion for Summary Judgment (Dkt. #22), Plaintiff's response thereto (Dkt. #23) and Defendant's reply (Dkt. #26), it is hereby ORDERED that the Motion is GRANTED. Summary Judgment shall be GRANTED in favor of Defendant with respect to Plaintiff's sole cause of action. The Clerk of Court is directed to mark this matter "Closed."

BY THE COURT:

_____
GAIL WEILHEIMER         J.